095-15

# ELECTRONIC RECORD

COA # 02-14-00194-CR     OFFENSE: 22.021

STYLE: Brandon Williams v. The State of Texas     COUNTY: Tarrant

COA DISPOSITION: AFFIRM     TRIAL COURT: 371st District Court

DATE: 12/23/2014     Publish: NO     TC CASE #: 1327831D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Brandon Williams v. The State of Texas     CCA #: 095-15

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 03/04/2015

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD